UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMOND K. WILLIAMS, )<br>)<br>    Plaintiff(s), )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant(s). ) | Case No. 4:07CV1405 CDP |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the motion of Amond K. Williams to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is denied.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability, as movant has not made a substantial showing of the denial of a federal constitutional right.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of December, 2009.